IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00374-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FABIAN GUTIERREZ,

    Defendant.

---

**ORDER**

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this __29th__ day of _____February_____, 2008.

                BY THE COURT:

                __s/Lewis T. Babcock__
                LEWIS T. BABCOCK
                UNITED STATES DISTRICT JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO